# EXHIBIT A

# ¦¦¦LIBRE
## BY NEXUS

## PAYMENT SCHEDULE
## GPS LEASE

JUAN QUINTANILLA-VASQUEZ
_____
(Defendant's Name)

Libre by Nexus will provide collateral for your immigration bond, allowing your bond to be posted and facilitating your release from immigration custody. Your bond will be posted through STATEWIDE BONDING (name of bail bond company). Libre by Nexus will sign as securitizer of your bond, and pay collateral.

You are required to wear a GPS tracking device until one of the following occurs:
1. Your case before the Immigration Court is complete.
2. You remit collateral in the amount of $10,000 to replace collateral pledged by Nexus Programs.

You are required to make payments for the lease of the GPS equipment and for the GPS monitoring service. The amount of the monthly lease payments are $420.00. These payments are due on the 1st of each month, for as long as you wear the GPS bracelet.



**Your payment schedule is as follows:**
Your first payment is due on the 1st day of __APRIL 01__, 20_16_.
Your second payment is due on the 1st day of __MAY 01__, 20_16_.

10

Your third payment is due on the 1st day of _____, 20____.
And on the first of each month thereafter, until such time as the case is completed or the bond has been fully collateralized by the respondent.
**It is in your best interest to pay full collateral and have your GPS bracelet removed.** The full collateral will be refunded to you at the completion of your case, and you will no longer have to wear the GPS bracelet. It is your choice to collateralize your bond or wear the GPS bracelet during your case.

I, JUAN QUINTANILLA-VASQUEZ _____, understand the terms and conditions explained above, and in the Libre by Nexus Respondent Contract and Libre by Nexus GPS Lease Agreement.

_Juan Quintanilla Vasques_  2-10-16
Signature                    Date

_____
Printed Name

_[signature]_                 2-10-16
Libre by Nexus Agent Signature  Date



## NEXUS SECURITIZATION CONTRACT - GPS ADDENDUM

_JQV_ I understand that monitoring by a GPS device is a condition of the securitization program.

_JQV_ I understand that the respondent will be responsible for a monthly rental payment for the GPS device, in the amount of $ 420.00/mes

_JQV_ I understand that the respondent may pay the collateral for the immigration bond and have the GPS device removed.

_JQV_ I understand that payment of 80% of the collateral will be sufficient to remove the bracelet, but that the respondent will be required to pay the remaining 20% over a specified period of time.

_JQV_ I understand that any alteration, damage, or destruction of the GPS device or band WILL RESULT in felony criminal prosecution against the respondent.

_JQV_ I understand that Libre by Nexus will accept check and credit card payments from the indemnitor or the respondent. I understand that dishonored checks or disputed credit card charges may result in additional fees being assessed against me. I understand that dishonored checks and disputed credit card transactions constitute fraud against Nexus, and that such activity may result in criminal prosecution for fraud.

_JQV_ I understand that information provided to Libre by Nexus is likewise provided to the licensed surety who posts the bond in the respondent's case. I understand that providing false information in our Nexus application constitutes fraud against Nexus, and may result in criminal prosecution.

IN WITNESS WHEREOF, THE PARTIES WHOSE NAMES ARE SUBSCRIBED TO THIS AGREEMENT EXECUTED HEREWITH EACH REPRESENTS;

I HAVE READ THIS AGREEMENT AND KNOW THE CONTENTS THEREOF AND DO SET MY HAND THIS _10_ DAY _Feb_ 20_16_.

WITNESS (X) _____

DEFENDANT (X) _Jesus Quintanilla Vasquez_

INDEMNITOR (X) _____    _____ ← Firma

(Indemnitor Initials ___) iniciale
(Respondent Initials ___)
Libre by Nexus. ©2014 – Rev 8/14

21