JEFFREY KALIEL, California Bar No. 238293
ANNICK M. PERSINGER, California Bar No. 272996
**TYCKO & ZAVAREEI LLP**
483 Ninth Street, Suite 200
Oakland, CA 94607
Telephone (510) 254-6808
Facsimile (202) 973-0950
jkaliel@tzlegal.com
apersinger@tzlegal.com

*Attorney for Plaintiffs*
*Additional Attorneys on Signature Page*

Tomio B. Narita (SBN 156766)
**Simmonds & Narita LLP**
44 Montgomery Street, Suite 3010
San Francisco, California 94104
 (415) 283.1000
Fax (415) 352.2625
email: tnarita@snllp.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN QUINTANILLA VASQUEZ, GABRIELA PERDOMO ORTIZ, and VICTOR HUGO CATALAN MOLINA, individually and on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>LIBRE BY NEXUS, INC. and JOHN DOES 1-50,<br><br>DEFENDANTS. | Case No. 4:17-cv-00755<br><br>**STIPULATION FOR (1) FILING THE SECOND AMENDED COMPLAINT; AND (2) AMENDING THE SCHEDULE FOR DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>The Honorable Claudia Wilken |

WHEREAS, on May 23, 2017, at the Initial Conference in this case, Plaintiffs agreed to provide a draft Second Amended Complaint to Defendant on that Friday, May 26, 2017.

WHEREAS, on May 26, 2017, Plaintiffs sent counsel for Defendant a Second Amended Complaint for their review.

WHEREAS, Defendant do not object to the filing of the Second Amended Complaint so long as the parties are able to establish a mutually agreeable briefing schedule for the motion to compel arbitration that Defendant intends to file in response to Plaintiffs' Second Amended Complaint.

WHEREAS, Defendant has only consented to the filing of the Second Amended Complaint and does not waive any defense to Plaintiffs' claims or the allegations in the Second Amended Complaint or Defendant's right to move to compel arbitration.

WHEREAS, on May 23, 2017, at the Initial Conference in this case, prior to Plaintiffs' sending of the Second Amended Complaint to Defendant, the Court set the following deadlines with respect to Defendant's motion to compel arbitration: (a) Deadline for Defendant to file Motion to Compel Arbitration June 13, 2017; (b) Deadline for Plaintiffs to file their Opposition to Motion to Compel Arbitration – August 1, 2017; (c) Deadline for Defendant to file its Reply in Support of Arbitration – August 15, 2017; (d) Hearing on Defendant's Motion to Compel Arbitration – August 29, 2017 at 2:30 p.m.

WHEREAS, the parties have conferred and agreed that good cause exists to amend the Motion to Compel Arbitration schedule to account for the filing of the Second Amended Complaint:

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

1. Plaintiffs shall file their Second Amended Complaint in the form sent to Defendant on May 26, 2017, by June 9, 2017;
2. Defendant shall file its Motion to Compel Arbitration by July 10, 2017;
3. Plaintiffs shall file their Opposition to Defendant's Motion to Compel Arbitration by August 24, 2017;
4. Defendant shall file its Reply in Support of its Motion to Compel Arbitration by September 7, 2017; and

5.  Defendant's Motion to Compel Arbitration shall be heard on September 21, 2017 at 2:30 p.m. or on such other date convenient for the Court;

6.  All other deadlines shall remain the same.

IT IS SO STIPULATED.


Dated:  June 2, 2017           **TYCKO & ZAVAREEI LLP**

By:  */s/ Jeffrey Kaliel*
         Jeffrey Kaliel

JEFFREY KALIEL, California Bar No. 238293
ANNICK M. PERSINGER, California Bar No. 272996
**TYCKO & ZAVAREEI LLP**
483 Ninth Street, Suite 200
Oakland, CA 94607
Telephone (510) 254-6808
Facsimile (202) 973-0950
jkaliel@tzlegal.com
apersinger@tzlegal.com


PAUL CHAVEZ, CA Bar No. 241576
JESSE NEWMARK, CA Bar No. 247488
AIDIN CASTILLO, CA Bar No. 280262
**CENTRO LEGAL DE LA RAZA**
3400 E. 12th Street, Oakland, CA 94601
Telephone (510) 437-1554
*pchavez@centrolegal.org*
*jessenewmark@centrolegal.org*
*acastillo@centrolegal.org*

NICHOLAS A. MIGLIACCIO, *pro hac vice* forthcoming
JASON S. RATHOD, *pro hac vice* forthcoming
**MIGLICACCIO & RATHOD LLP**
412 H St NE, Suite 302
Washington DC 20002
Telephone (202) 470-3520
*nmigliaccio@classlawdc.com*
*jrathod@classlawdc.com*

*Attorneys for Plaintiffs*

STIPULATION RE (1) SECOND AMENDED COMPLAINT (2) SCHEDULE FOR MOTION TO COMPEL ARBITRATION
Case No. 17-cv-00755

| | |
|---|---|
| Dated: June 2, 2017 | **SIMMONDS & NARITA LLP** |
| | By:  */s/ Tomio B. Narita* |
| | Tomio B. Narita |

Tomio B. Narita
Simmonds & Narita LLP
44 Montgomery Street, Suite 3010
San Francisco, California  94104
 (415) 283.1000
Fax(415) 352.2625
email: tnarita@snllp.com

*Attorneys for Defendant*

**ECF Signature Certification**

Pursuant to Civil L.R. 5-1(i)(3), I hereby certify that the content of this document is acceptable to Tomio B. Narita, counsel for Defendant, and that I have obtained Mr. Narita's authorization to affix his electronic signature to this document.

| | |
|---|---|
| Dated: June 2, 2017 |  */s/ Jeffrey Kaliel* |
| | Jeffrey Kaliel |