UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN QUINTANILLA VASQUEZ, GABRIELA PERDOMO ORTIZ, and VICTOR HUGO CATALAN MOLINA, individually and on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>LIBRE BY NEXUS, INC. and JOHN DOES 1-50,<br><br>DEFENDANTS. | Case No. 4:17-cv-00755<br><br>**[PROPOSED] ORDER APPROVING STIPULATION FOR (1) FILING THE SECOND AMENDED COMPLAINT; AND (2) AMENDING THE SCHEDULE FOR DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>The Honorable Claudia Wilken |

Pursuant to the agreement of counsel, and good cause appearing, the Court orders the following schedule:

1. Plaintiffs shall file their Second Amended Complaint in the form sent to Defendant on May 26, 2017, by June 9, 2017;

2. Defendant shall file its Motion to Compel Arbitration by July 10, 2017;

3. Plaintiffs shall file their Opposition to Defendant's Motion to Compel Arbitration by August 24, 2017;

---

[PROPOSED] ORDER GRANTING STIPULATION RE (1) SECOND AMENDED COMPLAINT; (2) SCHEDULE FOR MOTION TO COMPEL ARBITRATION

4. Defendant shall file its Reply in Support of its Motion to Compel Arbitration by September 7, 2017; and

5. Defendant's Motion to Compel Arbitration shall be heard on  October 3, 2017 at 2:30pm.

6. All other deadlines shall remain the same.

IT IS SO ORDERED.

Dated:   June 5, 2017   _____
The Honorable Claudia Wilken
United States District Judge