| | |
|---|---|
| MICHAEL R. SIMMONDS<br>(SBN 96238)<br>TOMIO B. NARITA<br>(SBN 156576)<br>SIMMONDS & NARITA LLP<br>44 Montgomery Street, Suite 3010<br>San Francisco, CA 94104-4816<br>Telephone: (415) 283-1000<br>msimmonds@snllp.com<br>tnarita@snllp.com<br><br>MICHAEL J GORBY<br>(Pro Hac Vice)<br>MARY DONNE PETERS<br>(Pro Hac Vice)<br>GORBY, PETERS &<br>ASSOCIATES LLC<br>Two Ravinia Drive, Suite 1500<br>Atlanta, Georgia 30346<br>Telephone: (404) 239-1150<br>mgorby@gorbypeters.com<br>mpeters@gorbypeters.com<br><br>*Attorneys for Defendant Libre By Nexus, Inc.* | JEFFREY KALIEL,<br>California Bar No. 238293<br>SOPHIA GOREN,<br>California Bar No. 307971<br>**TYCKO & ZAVAREEI LLP**<br>1828 L Street, N.W., Suite 1000<br>Washington, D.C. 20036<br>Tel.: (202) 973-0900<br>Fax: (202) 973-0950<br>jkaliel@tzlegal.com<br>sgoren@tzlegal.com<br><br>ANNICK M. PERSINGER,<br>California Bar No. 272996<br>**TYCKO & ZAVAREEI LLP**<br>483 Ninth Street, Suite 200<br>Oakland, CA 94607<br>Telephone (510) 254-6808<br>Facsimile (202) 973-0950<br>apersinger@tzlegal.com<br><br>*Attorneys for Plaintiffs* |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN QUINTANILLA VASQUEZ and GABRIELA PERDOMO ORTIZ, and VICTOR HUGO CATALAN MOLIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBRE BY NEXUS, INC. and JOHN DOES 1-50,<br><br>Defendants. | CASE NO.: 4:17-cv-00755-CW<br><br>**ORDER ON STIPULATION FOR STAY OF DISCOVERY PENDING PRIVATE MEDIATION AND REQUEST FOR ORDER CONTINUING DEADLINES AND HEARINGS WITH RESPECT TO PENDING MOTIONS** |

The Court, having considered the stipulation of the parties to stay discovery temporarily while the parties pursue settlement through private mediation, the parties' request for an order continuing the deadlines previously set by the Court for briefing on the pending Motion to Compel Arbitration and Motion to Dismiss Counts V and VI of the Second Amended Complaint, and the parties' request that the Court remove the hearing set for such motions from the Court's October 3, 2017 calendar and reset the hearing for such motions in the event the parties are unable to resolve this action through private mediation, and good cause appearing,

IT IS HEREBY ORDERED:

1. The hearing on the Motion to Compel Arbitration (Doc. 35) and Motion to Dismiss (Doc. 41) set on 10/3/17 is taken off calendar, pending the parties' good faith effort to settle this action through private mediation, such motions to be reset by the Court in the event that the case is not resolved through mediation.

2. The Court's prior referral of this case to the Mediation ADR Program shall be withdrawn upon completion by the parties of private mediation.

3. In the event mediation is not successful and the parties reach an impasse, the parties shall meet and confer on outstanding discovery scheduling and outstanding discovery disputes within ten days following the mediation.

4. In the event mediation is not successful and the parties reach an impasse, Plaintiffs shall file their opposition to Defendant's Motion to Compel Arbitration within sixty (60) days after the mediation, and Defendant shall file its reply memorandum within 20 days thereafter.

5. In the event mediation is not successful, Defendant shall file its reply memorandum in support of its Motion to Dismiss within sixty (60) days after the mediation.

6. The parties shall promptly inform the Court whether the parties have been able to settle this action through private mediation. The Court shall reset pending motions for hearing consistent with the foregoing if the Court is advised by the parties that they were unable to reach a settlement.

DATED: August 10, 2017

_____
Honorable Claudia Wilken
United States District Judge