MICHAEL R. SIMMONDS (SBN 96238)
msimmonds@snllp.com
TOMIO B. NARITA (CA SBN 156576)
tnarita@snllp.com
JENNIFER L. YAZDI (SBN 301868)
jyazdi@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000

MICHAEL J GORBY (Pro Hac Vice)
mgorby@gorbypeters.com
MARY DONNE PETERS (Pro Hac Vice)
mpeters@gorbypeters.com
GORBY, PETERS & ASSOCIATES LLC
1175 Peachtree St. NE, Suite 1000
Atlanta, Georgia 30361
Telephone: (404) 239-1150

Attorneys for Defendant
Libre By Nexus, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN QUINTANILLA VASQUEZ and GABRIELA PERDOMO ORTIZ, and VICTOR HUGO CATALAN MOLINA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>LIBRE BY NEXUS, INC. and JOHN DOES 1-50,<br><br>Defendants. | CASE NO.: 4:17-cv-00755-CW (LB)<br><br>**DEFENDANT'S RE-NOTICE OF MOTION TO DISMISS COUNTS V AND VI OF THE SECOND AMENDED COMPLAINT**<br><br>Date: August 14, 2018<br>Time: 2:30 p.m.<br>Courtroom: TBD |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on August 14, 2018, at 2:30 p.m. in a courtroom in the above Court to be assigned for the hearing, at 1301 Clay Street, Oakland, CA 94612, the Honorable Claudia A. Wilken presiding, defendant Libre By Nexus, Inc. ("Defendant") will and hereby does move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an Order dismissing Counts V and VI of the Second Amended Complaint.

This motion was previously filed on July 10, 2017 (Document 34), and Plaintiffs filed their opposition to the motion on August 1, 2017 (Document 41). Further briefing and hearing on the motion was postponed several times by stipulations, approved by the Court, as the parties engaged in settlement negotiations and mediation. On March 8, 2018, the Court entered an Order Administratively Terminating Motions in Light of Stay of Discovery and Continuance of all Deadlines (Document 60), wherein the motion was denied without prejudice, the Court stating: "If the parties do not reach a settlement of this action, the parties may re-notice the motions for hearing and disposition according to the schedule set forth in the Court's January 29, 2018 order. The parties need not re-file previously-filed briefs."

The mediator, Justice James R. Lambden (Ret.), has certified that the case did not settle and that the mediation is complete (Document 61).

Accordingly, pursuant to the Court's orders of March 8, 2018 (Document 60) and January 29, 2018 (Document 58), defendant hereby re-notices the motion to dismiss.

This motion is made on the grounds that Plaintiffs have failed to state a claim upon which relief can be granted under 15 U.S.C. § 1692, *et seq.*, the Fair Debt Collections Practices Act ("FDCPA"), or under California Civil Code § 1632 *et seq.*, the California Translation Act, because Plaintiffs have failed to plead sufficient facts to constitute a valid claim for relief.

1  The Motion will be based on the Notice of Motion and Motion filed on July 10,
2  2017 and the Memorandum of Points and Authorities in Support of the Motion
3  contained therein (Document 34), the reply memorandum, and such other and further
4  evidence or argument as the Court may allow.

6  DATED: May 29, 2018                SIMMONDS & NARITA LLP
7                                     GORBY, PETERS & ASSOCIATES LLC

9                                     By:   /s/ Michael R. Simmonds
                                            Michael R. Simmonds
10                                          Attorneys for Defendant
                                            Libre By Nexus, Inc.