# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Juan Quintanilla Vasquez, et al.<br>*Plaintiff*<br>v.<br>Libre by Nexus, Inc.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 4:17-cv-00755-CW |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Libre by Nexus, Inc. .

Date: 06/20/2018

/s/ Jennifer Yazdi
*Attorney's signature*

Jennifer L. Yazdi (SBN 301868)
*Printed name and bar number*

SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
*Address*

jyazdi@snllp.com
*E-mail address*

(415) 283-1000
*Telephone number*

(415) 352-2625
*FAX number*

Print Save As... Reset