# TRANSCRIPT ORDER

**Please use one form per court reporter.**
*CJA counsel please use Form CJA24*
Please read instructions on next page.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 04/2018)

COURT USE ONLY
**DUE DATE:**

**1a. CONTACT PERSON FOR THIS ORDER:** Rosana Klingerman
**2a. CONTACT PHONE NUMBER:** (415) 283-1015
**3a. CONTACT EMAIL ADDRESS:** rklingerman@snllp.com

**1b. ATTORNEY NAME (if different):** Tomio Narita
**2b. ATTORNEY PHONE NUMBER:** (415) 283-1010
**3b. ATTORNEY EMAIL ADDRESS:** tnarita@snllp.com

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):**
Simmonds & Narita LLP
44 Montgomery St., Ste. 3010
San Francisco, CA 94104

**5. CASE NAME:** Vasquez v. Libre by Nexus, Inc.
**6. CASE NUMBER:** 4:17-cv-00755-CW

**7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX):** ☑ FTR

**8. THIS TRANSCRIPT ORDER IS FOR:** ☐ APPEAL  ☐ CRIMINAL  ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL  ☑ CIVIL  CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION (If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/14/2018 | CW | MTC |  | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.:**

**11. SIGNATURE**
ORDER & CERTIFICATION (11, & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

*[signature]*

**12. DATE:** 08/16/2018

Clear Form       Save as new PDF