```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA

                              MINUTE ORDER
```

**The Honorable Claudia Wilken, Presiding**
**Date: August 14, 2018**                **Time**: FTR: 3:07-3:56
**Deputy Clerk**: Doug Merry

**Case No.:** 17-cv-00755-CW
**Case Name: Quintanilla Vasquez v. Libre by Nexus, Inc.**

**Appearances for Plaintiff**: Annick Persinger, Jesse Newmark, Tanya Koshy
**Appearances for Defendant**: Michael Simmonds, Michael Gorby, Tomio Narita

**Proceedings: Motion for Sanctions, Motion to Compel, Motion to Dismiss - held**

Counsel argues the motions before the Court.

The Court takes the matters under submission and will issue a written ruling.