UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JUAN QUINTANILLA VASQUEZ, et al., <br> Plaintiffs, <br> v. <br> LIBRE BY NEXUS, INC., <br> Defendant. | Case No. 17-cv-00755-CW (LB) <br><br> **ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO QUASH THIRD-PARTY SUBPOENAS** <br><br> Re: ECF No. 107 |

Judge Wilken referred all discovery matters in this action to the undersigned.[1]

As the undersigned advised when discovery was first referred back in 2017,[2] the parties must comply with the undersigned's standing order with respect to discovery disputes. The dispute procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief" and must conform to the requirements set out in the

---

[1] Order of Reference – ECF No. 49. Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Order – ECF No. 54 at 1.

ORDER – No. 17-cv-00755-CW (LB)

1  standing order. After reviewing the joint letter brief, the court will evaluate whether further
2  proceedings are necessary, including any further briefing or argument.
3   The court denies without prejudice defendant Libre by Nexus, Inc.'s motion to quash the
4  plaintiffs' third-party subpoenas in lieu of this meet-and-confer and joint-letter-brief process.[3]

**IT IS SO ORDERED.**

Dated: April 29, 2019

LAUREL BEELER
United States Magistrate Judge

---

[3] Should the third parties have objections to the subpoenas, they should also engage in this meet-and-confer and joint-letter-brief process in lieu of a motion to quash.