1   SEAN M. SULLIVAN (State Bar No. 229104)
    DAVIS WRIGHT TREMAINE LLP
2   865 South Figueroa Street, 24th Floor
    Los Angeles, California  90017-2566
3   Telephone:  (213) 633-6800
    Fax:  (213) 633-6899
4   seansullivan@dwt.com

5   KENNETH E. PAYSON (*Pro Hac Vice*)
    DAVIS WRIGHT TREMAINE LLP
6   920 Fifth Avenue, Suite 3300
    Seattle, WA  98101-3045
7   Telephone:  (206) 622-3150
    Fax:  (206) 757-7700
8   kenpayson@dwt.com

9   (*see end of document for additional attorneys*)

10  Attorneys for Defendant
    LIBRE BY NEXUS, INC.
11
12  ANNICK M. PERSINGER (Bar No. 272996)
    MAREN I. CHRISTENSEN (Bar No. 320013)
13  TYCKO & ZAVAREEI LLP
    1828 L Street, NW, Suite 1000
14  Washington, D.C. 20036
    Tel: (202) 973- 0900
15  apersinger@tzlegal.com
    mchristensen@tzlegal.com

16  (*see end of document for additional attorneys*)

17  Attorneys for Plaintiffs

18              UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 20  JUAN QUINTANILLA VASQUEZ GABRIELA PERDOMO ORTIZ, and VICTOR HUGO 21  CATALAN MOLIN, individually and on behalf of all others similarly situated, | Case No. **4:17-cv-755-CW** [PROPOSED] |
| 22                        Plaintiffs, | **ORDER ON JOINT STIPULATION VACATING CASE SCHEDULE AND STAYING CASE** |
| 23        vs. | |
| 24 | |
| 25  LIBRE BY NEXUS, INC. and JOHN DOES 1-50, | |
| 26                        Defendants. | |
| 27 | |
| 28 | |

1

The Court, having considered the Joint Status Report and Stipulation of the parties to vacate the case schedule and stay the case while the parties finalize a written agreement and prepare the necessary motion and supporting papers for preliminary approval, the parties' request for an order staying the case until and including December 31, 2019, and good cause appearing:

IT IS HEREBY ORDERED:

1.  The deadlines set forth in Dkt. 115 are vacated, to be reset if settlement efforts fail or are not finally approved by the Court,

2.  This action is stayed in in its entirety until and including December 31, 2019 and,

3.  If a motion for preliminary approval has not been filed on or before December 31, 2019, the parties shall submit a status report within ten (10) days of December 31, 2019, advising the Court as to how they propose to proceed with the action.

**IT IS SO ORDERED**

DATED:  October 2, 2019

_____
Honorable Claudia Wilken
United States District Judge

Respectfully Submitted:

DAVIS WRIGHT TREMAINE LLP
SEAN M. SULLIVAN
KENNETH E. PAYSON (*Pro Hac Vice*)

By:_____/s/ Sean M. Sullivan_____
SEAN M. SULLIVAN

MICHAEL J GORBY (*Pro Hac Vice*)
MARY DONNE PETERS (*Pro Hac Vice*)
GORBY, PETERS & ASSOCIATES LLC
1175 Peachtree St. NE, Suite 1000
Atlanta, GA 30361
Telephone: (404) 239-1150

2

_____
[PROPOSED] ORDER ON JOINT STIP TO VACATE CASE SCHEDULE AND
STAYING CASE
4823-7720-1831v.4 0108933-000006

mgorby@gorbypeters.com
mpeters@gorbypeters.com

Attorneys for Defendant
LIBRE BY NEXUS, INC.

MIGLICACCIO & RATHOD LLP


By:_____/s/ Jason S. Rathod_____
JASON S. RATHOD


NICHOLAS A. MIGLIACCIO (*Pro Hac Vice*)
JASON S. RATHOD (*Pro Hac Vice*)
MIGLICACCIO & RATHOD LLP
412 H St. NE, Suite 302
Washington, DC 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

ANNICK M. PERSINGER (Bar No. 272996)
MAREN I. CHRISTENSEN (Bar No. 320013)
TYCKO & ZAVAREEI LLP
1828 L Street, NW, Suite 1000
Washington, D.C. 20036
Tel: (202) 973- 0900
apersinger@tzlegal.com
mchristensen@tzlegal.com

JESSE NEWMARK (Bar No. 247488)
CENTRO LEGAL DE LA RAZA
3022 International Blvd., Suite 410
Oakland, CA 94601
Tel: (510) 437-1863
jessenewmark@centrolegal.org

Attorneys for Plaintiffs

[PROPOSED] ORDER ON JOINT STIP TO VACATE CASE SCHEDULE AND
STAYING CASE
4823-7720-1831v.4 0108933-000006

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899