NICHOLAS A. MIGLIACCIO (*Pro Hac Vice*)
JASON S. RATHOD (*Pro Hac Vice*)
MIGLIACCIO & RATHOD LLP
412 H St. NE, Suite 302
Washington, DC 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

(*see end of document for additional attorneys*)

Attorneys for Plaintiffs


SEAN M. SULLIVAN (State Bar No. 229104)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899
seansullivan@dwt.com

KENNETH E. PAYSON (*Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98101-3045
Telephone:  (206) 622-3150
Fax:  (206) 757-7700
kenpayson@dwt.com

(*see end of document for additional attorneys*)

Attorneys for Defendant
LIBRE BY NEXUS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN QUINTANILLA VASQUEZ GABRIELA PERDOMO ORTIZ, and VICTOR HUGO CATALAN MOLIN, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> vs.<br><br>LIBRE BY NEXUS, INC. and JOHN DOES 1-50,<br><br>      Defendants. | Case No. **4:17-cv-755-CW**<br><br>**[**~~PROPOSED~~**]**<br><br>**ORDER ON JOINT STIPULATION STAYING CASE** |

The Court, having considered the Joint Status Report and Stipulation of the parties to stay the case while the parties finalize a written agreement and prepare the necessary motion and supporting papers for preliminary approval, the parties' request for an order staying the case until and including February 11, 2020, and good cause appearing:

IT IS HEREBY ORDERED:

1. This action is stayed in in its entirety until and including February 11, 2020 and,

2. If a motion for preliminary approval has not been filed on or before February 11, 2020, the parties shall submit a status report within three (3) business days of February 11, 2020, advising the Court as to how they propose to proceed with the action.

**IT IS SO ORDERED**

DATED: 2/3/2020

*[signature]*

Honorable Claudia Wilken
United States District Judge

Respectfully Submitted:

By: /s/ Jason S. Rathod
JASON S. RATHOD

NICHOLAS A. MIGLIACCIO (*Pro Hac Vice*)
JASON S. RATHOD (*Pro Hac Vice*)
MIGLIACCIO & RATHOD LLP
412 H St. NE, Suite 302
Washington, DC 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

ANNICK M. PERSINGER (Bar No. 272996)
MAREN CHRISTENSEN (Bar No. 320013)
TYCKO & ZAVAREEI LLP
1828 L Street, NW, Suite 1000
Washington, D.C. 20036
Tel: (202) 973- 0900
apersinger@tzlegal.com
tkoshy@tzlegal.com

JESSE NEWMARK (Bar No. 247488)
ALISON PENNINGTON (Bar No 231861)
AIDIN CASTILLO (Bar No. 280262)
CENTRO LEGAL DE LA RAZA
3022 International Blvd., Suite 410
Oakland, CA 94601
Tel: (510) 437-1863
jessenewmark@centrolegal.org

Attorneys for Plaintiffs

DAVIS WRIGHT TREMAINE LLP
SEAN M. SULLIVAN
KENNETH E. PAYSON (*Pro Hac Vice*)


By: /s/ Sean M. Sullivan
SEAN M. SULLIVAN

MICHAEL J GORBY (*Pro Hac Vice*)
MARY DONNE PETERS (*Pro Hac Vice*)
GORBY, PETERS & ASSOCIATES LLC
1175 Peachtree St. NE, Suite 1000
Atlanta, GA 30361
Telephone: (404) 239-1150
mgorby@gorbypeters.com
mpeters@gorbypeters.com

| | |
|---|---|
| 1 | |
| 2 | Attorneys for Defendant<br>LIBRE BY NEXUS, INC. |
| 3 | MIGLICACCIO & RATHOD LLP |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |