NICHOLAS A. MIGLIACCIO (*Pro Hac Vice*)
JASON S. RATHOD (*Pro Hac Vice*)
MIGLICACCIO & RATHOD LLP
412 H St. NE, Suite 302
Washington, DC 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

(*see end of document for additional attorneys*)

Attorneys for Plaintiffs

SEAN M. SULLIVAN (State Bar No. 229104)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899
seansullivan@dwt.com

KENNETH E. PAYSON (*Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98101-3045
Telephone:  (206) 622-3150
Fax:  (206) 757-7700
kenpayson@dwt.com

(*see end of document for additional attorneys*)

Attorneys for Defendant
LIBRE BY NEXUS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER ON JOINT STIP
4823-7720-1831v.3 0108933-000006

| | | |
|---|---|---|
| 1 | JUAN QUINTANILLA VASQUEZ GABRIELA PERDOMO ORTIZ, and VICTOR HUGO CATALAN MOLIN, individually and on behalf of all others similarly situated, | Case No. **4:17-cv-755-CW** |
| 2 | | **ORDER ON JOINT** |
| 3 | Plaintiffs, | **STIPULATION AS MODIFIED BY** |
| 4 | vs. | **THE COURT** |
| 5 | LIBRE BY NEXUS, INC. and JOHN DOES 1-50, | |
| 6 | | |
| 7 | Defendants. | |

The Court, having considered the Joint Status Report and Stipulation of the parties,

IT IS HEREBY ORDERED:

The parties shall continue to negotiate in good faith the specific terms of the settlement, the documentation of the settlement, and any other matters related to the settlement; and

~~[if the Court agrees with Plaintiffs' position]: A status conference is set for _____ __ at __:___;~~

[X]: To the extent the parties are unable to  resolve any outstanding issues related to the settlement by March 21, 2020, the parties shall seek to resolve their disagreement through mediation with Jill Sperber, Esq. and shall file a joint status report with this Court within 10 days of March 21, 2020, advising of the timing and status of such mediation.

**IT IS SO ORDERED**

DATED: March 9, 2020

_____
Honorable Claudia Wilken
United States District Judge

ORDER ON JOINT STIP
4823-7720-1831v.3 0108933-000006

Respectfully Submitted:

MIGLICACCIO & RATHOD LLP

By:_____/s/ Jason S. Rathod_____
JASON S. RATHOD

NICHOLAS A. MIGLIACCIO (*Pro Hac Vice*)
JASON S. RATHOD (*Pro Hac Vice*)
MIGLICACCIO & RATHOD LLP
412 H St. NE, Suite 302
Washington, DC 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

ANNICK M. PERSINGER (Bar No. 272996)
MAREN CHRISTENSEN (Bar No. 320013)
TYCKO & ZAVAREEI LLP
1828 L Street, NW, Suite 1000
Washington, D.C. 20036
Tel: (202) 973- 0900
apersinger@tzlegal.com
tkoshy@tzlegal.com

JESSE NEWMARK (Bar No. 247488)
ALISON PENNINGTON (Bar No 231861)
AIDIN CASTILLO (Bar No. 280262)
CENTRO LEGAL DE LA RAZA
3022 International Blvd., Suite 410
Oakland, CA 94601
Tel: (510) 437-1863
jessenewmark@centrolegal.org
apennington@entrolegal.org

Attorneys for Plaintiffs

DAVIS WRIGHT TREMAINE LLP
SEAN M. SULLIVAN
KENNETH E. PAYSON (*Pro Hac Vice*)

By:_____/s/ Sean M. Sullivan_____
SEAN M. SULLIVAN

MICHAEL J GORBY (*Pro Hac Vice*)
MARY DONNE PETERS (*Pro Hac Vice*)

_____
[PROPOSED] ORDER ON JOINT STIP
4823-7720-1831v.3 0108933-000006

GORBY, PETERS & ASSOCIATES LLC
1175 Peachtree St. NE, Suite 1000
Atlanta, GA 30361
Telephone: (404) 239-1150
mgorby@gorbypeters.com
mpeters@gorbypeters.com

Attorneys for Defendant
LIBRE BY NEXUS, INC.

ORDER ON JOINT STIP
4823-7720-1831v.3 0108933-000006