JANE M. AZIA, NY Bar # 1539600
Telephone: (212) 416-8727
Email: jane.azia@ag.ny.gov
LAURA J. LEVINE, NY Bar # 2337368
Telephone: (212) 416-8313
Email: laura.levine@ag.ny.gov
JOSEPH P. MUELLER, NY Bar # 5079389
Telephone: (212) 416-8321
Email: joseph.mueller@ag.ny.gov
GAVIN G. MCCABE, CA Bar # 130864
Telephone: (212) 416-8469
Email: gavin.mccabe@ag.ny.gov
    Local Counsel
Attorneys for State of New York
28 Liberty Street, 20th floor
New York, NY 10005
(212) 416-8321

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN QUINTANILLA VASQUEZ, GABRIELA PERDOMO ORTIZ, VICTOR HUGO CATALAN MOLINA, and KEVIN CALEDERON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>LIBRE BY NEXUS, INC. and JOHN DOES 1-50,<br><br>    Defendants. | Case No. 4:17-cv-755-CW<br>_____<br><br>**MOTION FOR LEAVE TO FILE AMICUS BRIEF**<br><br>Hearing Date: December 9, 2020<br>Time: 2:30 P.M.<br><br>Judge: Hon. Claudia Wilken |

The State of New York respectfully moves for leave to file a brief as *amicus curiae* in opposition to the current proposed class action settlement (*see* Dkt. No. 144). A copy of the proposed brief, which is joined by proposed *amicus curiae* the States of New York, Massachusetts, and Virginia (the "States"), is attached as Exhibit A to this motion and includes a statement of the States' interest in the matter. The States respectfully submit that the proposed *amicus curiae* brief will assist the Court in addressing the question of whether to approve the current proposed class action settlement.

The Attorneys General perform a unique role for the Court by addressing the fairness of class action settlements. This role is recognized in the Class Action Fairness Act, which requires parties to provide information to the Attorneys General about the proposed settlement before the fairness hearing. 28 U.S.C. § 1715(b).

A significant portion of the nationwide class members are residents of the States that join in this *amicus* brief. The New York Attorney General's Bureau of Consumer Frauds and Protection, the Virginia Attorney General's Consumer Protection Section, and the Massachusetts Attorney General's Public Protection and Advocacy Bureau investigate and take enforcement action on behalf of the public interest and have relevant experience in bringing consumer harm to light and crafting appropriate remedies. And the States currently are investigating defendant Libre by Nexus Inc, and its parent company Nexus Services Inc., for *inter alia* potential violations of state consumer protection laws.

No party would be prejudiced by the filing of this amicus brief. This brief is being filed well in time for all parties to respond. And under Federal Rule of Appellate Procedure 29(a)(2), "a state may file an amicus brief without the consent of the parties or leave of court."

For the foregoing reasons, the motion for leave to file the proposed amicus brief should be granted. The proposed amicus brief is attached as Exhibit A. Pursuant to Civil L.R. 7-2(c), a copy of the proposed order pertaining to this motion is attached as Exhibit B.

Dated: October 26, 2020
       New York, NY

Respectfully Submitted,

**LETITIA JAMES**
Attorney General of the State of New York

By and Through:

/s/ Gavin G. McCabe

GAVIN G. MCCABE
JOSEPH P. MUELLER
Assistant Attorneys General

JANE M. AZIA
Bureau Chief
Bureau of Consumer Frauds and Protection

LAURA J. LEVINE
Deputy Bureau Chief
Bureau of Consumer Frauds and Protection
New York Office of the Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8321

The following Attorneys General join in this brief:

**MARK HERRING**
Attorney General for the Commonwealth of Virginia
202 North Ninth Street
Richmond, VA 23219

**MAURA HEALEY**
Attorney General for the Commonwealth of Massachusetts
One Ashburton Place, 20th Floor
Boston, MA 02108