IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN QUINTANILLA VASQUEZ, et al.<br><br>Plaintiffs,<br><br>v.<br><br>LIBRE BY NEXUS, INC.,<br><br>Defendant. | Case No. 17-cv-00755 CW<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF<br><br>Re: Dkt. No. 151 |

Now before the Court is the State of New York's motion for leave to file a brief as amicus curiae in opposition to the class action settlement that the Court preliminarily approved on July 31, 2020. Docket No. 151. Attached to the State of New York's motion for leave is its proposed brief, which was joined by the States of Massachusetts and Virginia. Docket No. 151-1. The State of New York filed its motion for leave on October 26, 2020, and as of the date of this order, no opposition to the motion has been filed. Accordingly, the Court GRANTS the motion.

Plaintiff Vasquez filed a motion for final approval of the class action settlement on November 9, 2020, in which he responds to the objections made by the States of New York, Massachusetts, and Virginia in the amicus curiae brief discussed above. No later than December 2, 2020, the States of New York,

Massachusetts, and Virginia may file a reply brief responding to the arguments made in Plaintiff's motion for final approval of the class action settlement.

IT IS SO ORDERED.

Dated: November 20, 2020

CLAUDIA WILKEN
United States District Judge