UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN QUINTANILLA VASQUEZ, et al., <br> Plaintiffs. <br> v. <br> LIBRE BY NEXUS, INC., <br> Defendant. | Case No. 17-cv-00755-CW <br><br> **JUDGMENT IN A CIVIL CASE** <br> Re: Dkt. No. 184 |

**( )  Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(x)  Decision by Court.**  This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 2/8/2021

Susan Y. Soong, Clerk

_____
Aris Garcia
Deputy Clerk