| | |
|---|---|
| | **FILED** |
| UNITED STATES COURT OF APPEALS | FEB 19 2021 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JUAN QUINTANILLA VASQUEZ; et al., | No.  18-16775 |
| Plaintiffs-Appellees, | D.C. No. 4:17-cv-00755-CW |
| v. | Northern District of California, Oakland |
| LIBRE BY NEXUS, INC., | |
| Defendant-Appellant. | ORDER |

This case shall continue to be held in abeyance. The Clerk is directed to temporarily close this court's docket for administrative purposes only until March 31, 2021. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order.

If this matter is resolved before March 31, 2021, appellant shall file either a motion or stipulation to dismiss this appeal pursuant to Fed. R. App. P. 42(b).

At any time before March 31, 2021, any party may request that this appeal be reopened.

On or before March 24, 2021, counsel are requested to provide the mediator with an email update.

FOR THE COURT:

By: Steven J. Saltiel
Circuit Mediator

SJS/Mediation