IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN QUINTANILLA VASQUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIBRE BY NEXUS, INC., <br><br> Defendant. | Case No. 17-cv-00755 CW <br><br> ORDER DENYING WITHOUT PREJUDICE MOTIONS TO WITHDRAW AS COUNSEL <br><br> Re: Dkt. Nos. 191, 192 |

Now before the Court are Defendant Libre by Nexus' motions for an order permitting its counsel to withdraw. Docket Nos. 191, 192. The Court DENIES the motions WITHOUT PREJUDICE to re-filing when new counsel for Libre by Nexus files a notice of appearance and, if necessary, a motion to appear pro hac vice and a notice of appearance by local counsel.

IT IS SO ORDERED.

Dated: August 5, 2021

_____
CLAUDIA WILKEN
United States District Judge