IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN QUINTANILLA VASQUEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIBRE BY NEXUS, INC.,<br><br>Defendant. | Case No. 17-cv-00755 CW<br><br>**ORDER REQUIRING PRINCIPALS OF DEFENDANT LIBRE BY NEXUS, INC. TO APPEAR AT THE HEARING SET FOR SEPTEMBER 15, 2022**<br><br>Re: Dkt. No. 218 |

Now pending is Plaintiffs' motion for an order to show cause why Defendant Libre by Nexus, Inc. (LBN) should not be held in civil contempt and sanctioned. Docket No. 218. The motion is set for a hearing on September 15, 2022.

Micheal Donovan, Evan Ajin, and Richard Moore, who are the principals of LBN according to findings made in *RLI Ins. Co. v. Nexus Servs., Inc.*, No. 5:18-CV-00066, 2022 WL 2654227, at *1 (W.D. Va. July 8, 2022), are HEREBY ORDERED to appear at the September 15, 2022, hearing.

The hearing will be held via Zoom webinar. Instructions for remote access will be posted on the docket at a later date. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.

IT IS SO ORDERED.

Dated: September 7, 2022

_____
CLAUDIA WILKEN
United States District Judge