IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN QUINTANILLA VASQUEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIBRE BY NEXUS, INC.,<br><br>Defendant. | Case No. 17-cv-00755 CW<br><br>**ORDER TO FILE STATUS REPORT**<br><br>(Re: Dkt. Nos. 224, 225) |

On October 3, 2022, the Court granted in part and denied in part Plaintiffs' motion for an order holding Defendant Libre by Nexus, Inc. (LBN) in civil contempt and imposing civil contempt sanctions on LBN. Docket Nos. 224. On the same date, the Court issued a separate order delineating the civil contempt sanctions that it imposed on LBN. Docket No. 225. The Court ordered LBN to pay, within ten business days, the amounts it owes under various terms of the settlement agreement, and to provide Plaintiffs, within five business days, business records and documents sufficient to show that it has implemented the various discounts and credits required under the terms of the settlement agreement. *See id.* The Court imposed on LBN a fine of $1,000 per day of continued noncompliance as to each of the subject matters regarding which the Court separately ordered LBN to take certain actions. *See id.* Since the Court issued its October 3, 2022, orders, there have been no filings in this action by either side.

//

1   Accordingly, within seven days of the date this order is issued, each side shall file a status
2   report addressing the status of LBN's compliance with the Court's October 3, 2022, orders and the
3   anticipated progress of the litigation.
4   IT IS SO ORDERED.

Dated:  November 4, 2022

_____
CLAUDIA WILKEN
United States District Judge