SEAN M. SULLIVAN (State Bar No. 229104)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899
seansullivan@dwt.com

KENNETH E. PAYSON (pro hac vice)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700
kenpayson@dwt.com

Attorneys for Defendant
LIBRE BY NEXUS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JUAN QUINTANILLA VASQUEZ, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBRE BY NEXUS, INC.,<br><br>Defendant. | Case No. 4:17-cv-00755-CW<br><br>**DAVIS WRIGHT TREMAINE LLP AND GORBY, PETERS & ASSOCIATES LLC's RESPONSE TO DEFENDANT LIBRE BY NEXUS, INC.'S STATUS UPDATE**<br><br>Assigned to the Hon. Claudia Wilken<br>Action Filed: February 15, 2017 |

1  Davis Wright Tremaine LLP ("DWT") and Gorby, Peters & Associates LLC ("Gorby Peters") hereby respond to Defendant Libre by Nexus, Inc.'s ("LBN") Status Update (ECF No. 230) to correct a misstatement and to concur in LBN's request that DWT and LBN be allowed to withdraw as counsel.

First, DWT and Gorby Peters strongly disagree with LBN's statement that: "The majority of the attorneys who have been required to remain in this case by the Court have no contact with LBN or its principals regarding legal guidance/strategy." LBN's Status Update at 3. On the contrary, DWT and Gorby Peters have coordinated with each other to ensure that one or the other or both firms promptly communicate both to LBN's lead counsel and to LBN's principals, directly, with respect to each and every Court order and case development, despite not being paid or being allowed to withdraw. DWT and Gorby Peters stand ready to provide that correspondence to the Court for *in camera* review should the Court ask them to do so.

Second, DWT and Gorby Peters concur in LBN's request that DWT and LBN be allowed to withdraw. As the Court knows from LBN's earlier requests to allow DWT and LBN to withdraw, LBN has since retained substitute counsel who have appeared on LBN's behalf and who have handled subsequent filings of LBN. With the Court's approval of the class settlement there is no further need for DWT's and Gorby Peter's particular litigation expertise and requiring LBN to continue to retain four additional lawyers at two additional firms only unnecessarily compounds LBN's financial obligations during this time of its existential challenges.

Pursuant to Local Rule 5-1(h)(3), I hereby attest that all other signatories listed on this document, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DAVIS WRIGHT TREMAINE LLP

DATED: November 15, 2022

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP
SEAN M. SULLIVAN
KENNETH E. PAYSON

By: _____*/s/ Sean M. Sullivan*_____
SEAN M. SULLIVAN

By: _____*/s/ Kenneth E. Payson*_____
KENNETH E. PAYSON

GORBY, PETERS & ASSOCIATES LLC
MICHAEL J. GORBY
MARY DONNE PETERS

By: _____*/s/ Michael J. Gorby*_____
MICHAEL J. GORBY

By: _____*/s/ Mary Donne Peters*_____
MARY DONNE PETERS

Attorneys for Defendant
LIBRE BY NEXUS, INC.