IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN QUINTANILLA VASQUEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIBRE BY NEXUS, INC.,<br><br>Defendant. | Case No. 17-cv-00755 CW<br><br>**ORDER TO SHOW CAUSE**<br><br>(Re: Dkt. No. 232) |

On November 23, 2022, Plaintiffs moved for an order to hold the principals of Libre by Nexus, Inc. (LBN), Micheal Donovan, Evan Ajin, and Richard Moore, in civil contempt. Docket No. 232. Plaintiffs supported that motion with evidence indicating that those individuals have notice of the court orders at issue and that they are legally identified with LBN. *See id.*; *see also Peterson v. Highland Music, Inc.*, 140 F.3d 1313, 1323-24 (9th Cir. 1998), *as amended on denial of reh'g and reh'g en banc* (June 15, 1998) (holding that, for a non-party to "be held liable in [civil] contempt," the non-party "must either abet the defendant [in violating the court's order] or be legally identified with [the defendant]" and the non-party must "have notice of the order" that was allegedly violated) (citations and internal quotation marks omitted).

An opposition to Plaintiffs' motion was due on December 7, 2022, and no opposition was filed. No later than December 27, 2022, Donovan, Ajin, and Moore shall show cause why civil contempt sanctions should not be imposed against them. Any response to this order shall be supported with admissible evidence. The Court will consider any response filed by Donovan, Ajin, and Moore at the hearing currently scheduled for January 19, 2023.

1   Counsel for LBN is hereby ordered to provide a copy of this order to Donovan, Ajin, and
2   Moore within one business day of the date this order is filed, and to file a declaration attesting to
3   that within two days thereafter.
4       IT IS SO ORDERED.

Dated: December 12, 2022

_____
CLAUDIA WILKEN
United States District Judge