John M. Shoreman *(pro hac vice)*
**McFADDEN & SHOREMAN**
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
jms@mcfaddenshoreman.com
Tel: 571-296-8450

*Counsel for Defendant Libre by Nexus, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| JUAN QUINTANILLA VASQUEZ, GABRIELA PERDOMO ORTIZ, VICTOR HUGO CATALAN MOLINA, AND KEVIN CALDERON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> v. <br><br> LIBRE BY NEXUS, INC. and JOHN DOES 1-50, <br><br> Defendants. | Case No. 4:17-cv-00755-CW <br><br> Action Filed: **Attorney Declaration** |

## **DECLARATION**

I, John M. Shoreman, counsel to Defendant Libre by Nexus, Inc. ("LBN"), pursuant to the Court's Order to Show Cause of December 12, 2022 [Dkt. 236] (the "Order"), hereby attest and declare under the penalties of perjury that on December 13, 2022, I served a copy of the Order on Micheal Donovan, Evan Ajin and Richard Moore via e-mail.  Please be advised that Richard Moore is no longer an officer or director of LBN and owns no interest in the company.

Declaration

1

Dated: December 14, 2022

Respectfully submitted,

**McFADDEN & SHOREMAN**

/s/ John M. Shoreman
John M. Shoreman
1050 Connecticut Ave., NW
Suite 500
Washington, DC  20036
(571) 296-8450
jms@mcfaddenshoreman.com

*Counsel for Defendant Libre by Nexus, Inc.*

2

Declaration

Dated: December 14, 2022

Respectfully submitted,

**McFADDEN & SHOREMAN**

/s/ John M. Shoreman
John M. Shoreman
1050 Connecticut Ave., NW
Suite 500
Washington, DC  20036
(571) 296-8450
jms@mcfaddenshoreman.com

*Counsel for Defendant Libre by Nexus, Inc.*