IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN QUINTANILLA VASQUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIBRE BY NEXUS, INC., <br><br> Defendant. | Case No. 17-cv-00755 CW <br><br> **ORDER DENYING WITHOUT PREJUDICE APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br><br> (Re: Dkt. No. 242) |

On January 19, 2023, Zachary Lawrence filed an application for admission to practice pro hac vice in this district. Docket No. 242. Mr. Lawrence's application states that his local co-counsel is Joshua E. Matic, whose California bar number is 259070. Civil Local Rule 11-3(a)(3) requires that the designated local co-counsel be a member of the bar of the United States District Court for the Northern District of California in good standing. Mr. Matic is not a member of the bar of the United States District Court for the Northern District of California. Accordingly, the Court DENIES Mr. Lawrence's application for admission to practice pro hac vice WITHOUT PREJUDICE to re-filing once Mr. Lawrence can identify local co-counsel who is a member of the bar of this Court in good standing.

IT IS SO ORDERED.

Dated: 1/19/2023

_____
CLAUDIA WILKEN
United States District Judge