```
              UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
```

## MINUTE ORDER

**The Honorable Claudia Wilken, Presiding**
**Date:** January 19, 2023                    **Time:** 2:30 – 3:11
**Deputy Clerk:** Tracy Geiger                **Recorded via Zoom**

**Case No.:** 17-cv-00755-CW
**Case Name: Juan Quintanilla Vasquez v. Libre by Nexus, Inc.**

**Appearances for Plaintiff:** Annick Persinger, Jesse Newmark, Jason Rathod, Cameron Partovi

**Appearances for Defendant:** Sean Sullivan, John Shoreman, Michael Gorby

Principals of Defendant Libre by Nexus: Michael Donovan, Evan Ajin, and Richard Moore.  Also present: Zachary Lawrence and Joshua Matic.

**Proceedings:** Hearing on Plaintiffs' Motion to Hold LBN's Principals in Contempt and for Sanctions – HELD via Zoom Webinar.

Hearing held.  The Court heard arguments on the motion.  The Court took the motion under submission.  The Court will issue a written order.