1  JASON S. RATHOD, *pro hac vice*
   NICHOLAS A. MIGLIACCIO, *pro hac vice*
2  **MIGLIACCIO & RATHOD LLP**
   412 H Street, Northeast, Suite 302
3  Washington District of Columbia 20002
   (202) 470-3520
4  *nmigliaccio@classlawdc.com*
   *jrathod@classlawdc.com*
5

6  ANNICK M. PERSINGER, SBN 272996
   **TYCKO & ZAVAREEI LLP**
7  1970 Broadway, Suite 1070
   Oakland, California 94612
8  (510) 254-6808
   *apersinger@tzlegal.com*
9
   JESSE NEWMARK, SBN 247488
10 **CENTRO LEGAL DE LA RAZA**
   3022 International Boulevard, Suite 410
11 Oakland, California 94601
   (510) 437-1863
12 *jnewmark@centrolegal.org*

13 *Counsel for Plaintiffs and the Class*

14                **UNITED STATES DISTRICT COURT**

15             **NORTHERN DISTRICT OF CALIFORNIA**

16                      **OAKLAND DIVISION**

17

18 | JUAN QUINTANILLA VASQUEZ, | Case No. 4:17-cv-00755-CW |
   | GABRIELA PERDOMO ORTIZ, VICTOR | |
19 | HUGO CATALAN MOLINA, and KEVIN | **NOTICE OF FILING PROPOSED** |
   | CALDERON, *individually and on behalf of all others* | **JUDGMENTS** |
20 | *similarly situated,* | |
   |              Plaintiffs, | |
21 | | |
   |         v. | |
22 | | |
   | LIBRE BY NEXUS, INC. and JOHN DOES 1- | |
23 | 50, | |
   | | |
24 |              Defendants. | |

25

26

27

28

1       Pursuant to the Court's January 23, 2023 Order (Dkt. No. 232), Plaintiffs hereby submit

2 proposed judgments with amounts calculated as of a date certain and that are worded in a manner that

3 will permit Plaintiffs to collect the civil contempt sanctions and execute the judgments.

4 Date: January 30, 2023                      **MIGLIACCIO & RATHOD LLP**

5

6                    By: _/s/ Jason S. Rathod_

7                     JASON S. RATHOD, *pro hac vice*
                    NICHOLAS A. MIGLIACCIO, *pro hac vice*

8                     412 H Street, Northeast
                    Washington District of Columbia 20002

9                     (202) 470-3520
                    *jrathod@classlawdc.com*

10                     *nmigliaccio@classlawdc.com*

11                     ANNICK M. PERSINGER, SBN 272996
                    **TYCKO & ZAVAREEI LLP**

12                     1970 Broadway, Suite 1070
                    Oakland, California 94612

13                     (510) 254-6808
                    *apersinger@tzlegal.com*

14                     JESSE NEWMARK, SBN 247488
                    **CENTRO LEGAL DE LA RAZA**

15                     3022 International Boulevard, Suite 410
                    Oakland, California 94601

16                     (510) 437-1863
                    *jnewmark@centrolegal.org*

17

18                     *Counsel for Plaintiffs and the Class*

19

20

21

22

23

24

25

26

27

28