UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN QUINTANILLA VASQUEZ, GABRIELA PERDOMO ORTIZ, and VICTOR HUGO CATALAN MOLIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBRE BY NEXUS, INC. and JOHN DOES 1-50,<br><br>Defendants. | Case No. 4:17-cv-755-CW<br><br>|PROPOSED| JUDGMENT |

Pursuant to this Court's January 23, 2023 Order For Civil Contempt Sanctions Against Officers and Principals of Defendant Libre By Nexus, Inc., the principals of Libre By Nexus, Inc., namely Micheal Donovan, Evan Ajin, and Richard Moore are jointly and severally liable for $165,350.77, immediately due and payable to Plaintiffs as of February 6, 2023.

The total amount of $165,350.77 now due and payable includes:

1. $74,952.00 for Plaintiffs' attorneys' fees incurred for their November 2022 motion for civil contempt sanctions against Donovan, Ajin, and Moore.

2. $34,142.60 for Plaintiffs' attorneys' fees for their 2021 motion to enforce, plus $2,473.15 interest[1] from July 30, 2021, to February 6, 2023.

3. $53,021.60 for Plaintiffs' attorneys' fees for their August 2022 motion to hold Defendant Libre by Nexus, Inc., in civil contempt, plus $761.42 interest from October 17, 2022, to February 6, 2023.

---

[1] Interest, for the purpose of this judgment, was calculated "at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment." 28 U.S.C. § 1961(a). Interest was computed daily and compounded annually. 28 U.S.C. § 1961(b).

Class Counsel and/or Plaintiffs are authorized to collect and receive such payments through judgment collection and enforcement procedures, provided that they will then transfer these amounts to the Administrator for distribution.

**IT IS SO ORDERED**

DATED:

                                      Honorable Claudia Wilken
                                      United States District Judge