IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN QUINTANILLA VASQUEZ, et al.,

Plaintiffs,

v.

LIBRE BY NEXUS, INC.,

Defendant.

Case No. 17-cv-00755 CW

[PROPOSED] JUDGMENT AS MODIFIED

Pursuant to this Court's January 23, 2023, Order for Civil Contempt Sanctions Against Officers and Principals of Defendant Libre by Nexus, Inc., Docket No. 247, the officers and principals of Libre by Nexus, Inc., namely Micheal Donovan, Evan Ajin, and Richard Moore are jointly and severally liable for $165,350.77, immediately due and payable to Plaintiffs as of February 6, 2023.

The total amount of $165,350.77 now due and payable includes:

1. $74,952.00 for Plaintiffs' attorneys' fees incurred for their November 2022 motion for civil contempt sanctions against Donovan, Ajin, and Moore.

2. $34,142.60 for Plaintiffs' attorneys' fees for their 2021 motion to enforce, plus $2,473.15 in interest[1] from July 30, 2021, to February 6, 2023.

3. $53,021.60 for Plaintiffs' attorneys' fees for their August 2022 motion to hold Defendant Libre by Nexus, Inc., in civil contempt, plus $761.42 in interest from October 17, 2022, to February 6, 2023.

---

[1] Interest, for the purpose of this judgment, was calculated "at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment." 28 U.S.C. § 1961(a).  Interest was computed daily and compounded annually.  28 U.S.C. § 1961(b).

Class Counsel and/or Plaintiffs are authorized to collect and receive such payments through judgment collection and enforcement procedures, provided that they will then transfer these amounts to the Settlement Administrator for distribution.

IT IS SO ORDERED.

Dated: 2/2/2023

_____
CLAUDIA WILKEN
United States District Judge