IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN QUINTANILLA VASQUEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIBRE BY NEXUS, INC.,<br><br>Defendant. | Case No. 17-cv-00755 CW<br><br>[PROPOSED] **JUDGMENT AS MODIFIED** |

    Pursuant to this Court's October 3, 2022, Order for Civil Contempt Sanctions Against Defendant, Docket No. 225, Defendant Libre by Nexus, Inc. ("LBN") is liable for $2,083,398.77, immediately due and payable to Plaintiffs as of February 6, 2023.

    The total amount of $2,083,398.77 now due and payable includes:

1. $1,590,000 that LBN has owed since October 17, 2022, pursuant to the Court's October 3, 2022, civil contempt orders, Docket Nos. 224 and 225.

2. $34,142.60 for Plaintiffs' attorneys' fees for their 2021 motion to enforce, plus $2,473.15 in interest[1] from July 30, 2021, to February 6, 2023.

3. $53,021.60 for Plaintiffs' attorneys' fees for their August 2022 civil contempt motion, plus $761.42 in interest from October 17, 2022, to February 6, 2023.

4. $403,000 in total sanctions for LBN's failure to make payments and provide records as set forth in the Court's October 3, 2022, civil contempt orders, Docket Nos. 224 and 255, from

---

[1] Interest, for the purpose of this judgment, was calculated "at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment." 28 U.S.C. § 1961(a).  Interest was computed daily and compounded annually. 28 U.S.C. § 1961(b).

October 10 or 17, 2022, as provided by the Court for each of the respective sanctions, through January 23, 2023.

Class Counsel and/or Plaintiffs are authorized to collect and receive such payments through judgment collection and enforcement procedures, provided that they will then transfer these amounts to the Settlement Administrator for distribution.

IT IS SO ORDERED.

Dated: 2/2/2023

CLAUDIA WILKEN
United States District Judge