1 | Zachary Lawrence, *pro hac vice*
2 | Lawrence Law Firm PLLC
  | 598 E Main Street
3 | Little Falls, NY 13365
4 | 202-468-9486
  | zach@zlawpllc.com
5 |
6 | Joshua E. Matic (SBN 259070)
  | 20651 Golden Springs Dr, # 817,
7 | Walnut, CA 91789
8 | 646-389-4384
  | 310-388-3047
9 | joshuae@maticesq.com
10 |
   | *Attorneys for Nonparty Principals*
11 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| JUAN QUINTANILLA VASQUEZ, et al., | |
|---|---|
| Plaintiffs | Case No. 4:17-cv-0755-CW |
| v. | NOTICE OF APPEAL |
| LIBRE BY NEXUS, INC. | |
| Defendant | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Micheal Donovan,[1] Evan Ajin, and Richard Moore hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment of this Court entered in this action on February 2, 2023 (ECF Doc. No 249) and the underlying Orders entered on January 23, 2023 (ECF Doc. Nos. 246 & 247).

Dated: February 22, 2023

Washington, District of Columbia

Respectfully submitted,

By: /s/Zachary Lawrence

Zachary Lawrence
*Pro hac vice*
Lawrence Law Firm PLLC
598 E. Main St.
Little Falls, NY 13365
202-468-9486
zach@zlawpllc.com
*Attorneys for Micheal Donovan, Richard Moore, and Evan Ajin*

---

[1] Mr. Donovan's name has been inadvertently entered into the ECF system as "Michael Donovan."