Annick M. Persinger, California Bar No. 272996
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Tel.: (510) 254-6808
Fax: (202) 973-0950
*apersinger@tzlegal.com*

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN QUINTANILLA VASQUEZ, GABRIELA PERDOMO ORTIZ, and VICTOR HUGO CATALAN MOLIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIBRE BY NEXUS, INC. and JOHN DOES 1-50,<br><br>Defendants. | Case No. 4:17-cv-00755-CW<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF CAMERON R. PARTOVI AS ATTORNEY OF RECORD** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Cameron R. Partovi will no longer employed by the law firm of Tycko & Zavareei LLP as of August 14, 2023. Therefore, Mr. Partovi's appearance is hereby withdrawn as counsel of record for Plaintiffs Juan Quintanilla Vasquez, Gabriela Perdomo Ortiz, and Victor Hugo Catalan Molin, in the above-captioned matter. Mr. Partovi should be removed from the service list. All other attorneys at the law firm of Tycko & Zavareei LLP, who are currently listed as counsel of record for Plaintiffs shall remain counsel of record and should not be removed from the service list.

| | | |
|---|---|---|
| 1 | DATED: August 10, 2023 | Respectfully submitted, |

*/s/ Cameron R. Partovi*
Annick M. Persinger (CA Bar No. 272996)
*apersinger@tzlegal.com*
Cameron R. Partovi (CA Bar No. 319589)
*cpartovi@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808

*Attorney for Plaintiffs*