NICHOLAS A. MIGLIACCIO, *pro hac vice*
JASON S. RATHOD, *pro hac vice*
MIGLICACCIO & RATHOD LLP
412 H St NE, Suite 302
Washington DC 20002
Telephone (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

*Additional Attorneys on Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN QUINTANILLA VASQUEZ, GABRIELA PERDOMO ORTIZ, and VICTOR HUGO CATALAN MOLINA, individually and on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>LIBRE BY NEXUS, INC. and JOHN DOES 1- 50,<br><br>DEFENDANTS. | Case No. 4:17-cv-00755<br><br>**Motion to Issue Exemplification Certificates**<br><br>Hon. Claudia Wilken |

Plaintiffs Juan Quintanilla Vasquez, Gabriela Perdomo Ortiz, Victor Hugo Catalan Molina, and Kevin Calderon ("Plaintiffs"), by and through their counsel, will, and hereby do, respectfully move for the issuance of an Exemplification Certificate for the Judgments as Modified (Docket Nos. 249 & 250) issued by this Court on February 2, 2023 (the "Judgments").[1]

Plaintiffs seek the issuance of an exemplification certificate as doing so will facilitate the collection of the sums due under the parties' settlement agreement as well as those costs and penalties laid out in the Judgments. Despite repeated efforts by the Plaintiffs, Defendants have still failed to pay any of the sums due. Effective and efficient collection efforts are therefore necessary for Plaintiffs to recover any of the funds to which they are entitled.

To this end, Plaintiffs respectfully that the Court grant Plaintiffs' motion and furnish Plaintiffs with exemplification certificates.

December 14, 2023

    Respectfully submitted,

    MIGLICACCIO & RATHOD LLP

    By: */s/ Jason S. Rathod*

    JASON S. RATHOD, *pro hac vice*
    NICHOLAS A. MIGLIACCIO, *pro hac vice*
    **MIGLICACCIO & RATHOD LLP**
    412 H St NE, Suite 302
    Washington DC 20002
    Telephone (202) 470-3520
    nmigliaccio@classlawdc.com
    jrathod@classlawdc.com

    ANNICK M. PERSINGER, California Bar No. 272996
    **TYCKO & ZAVAREEI LLP**
    1970 Broadway, Suite 1070
    Oakland, CA 94612
    Telephone (510) 254-6808

---

[1] The proposed exemplification certificate is attached hereto.

MOTION TO ISSUE EXEMPLIFICATION CERTIFICATES
CASE NO. 17-CV-00755

Facsimile (202) 973-0950
apersinger@tzlegal.com
tkoshy@tzlegal.com

JESSE NEWMARK, CA Bar No. 247488
**CENTRO LEGAL DE LA RAZA**
3022 International Blvd., Suite 410
Oakland, CA 94601
Telephone (510) 437-1863
jessenewmark@centrolegal.org
apennington@centrolegal.org

*Attorneys for Plaintiffs*

MOTION TO ISSUE EXEMPLIFICATION CERTIFICATES
CASE NO. 17-CV-00755