JASON S. RATHOD, *pro hac vice*
NICHOLAS A. MIGLIACCIO, *pro hac vice*
**MIGLICACCIO & RATHOD LLP**
412 H St NE, Suite 302
Washington DC 20002
Telephone (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

*Attorneys for Plaintiffs*
*Additional Attorneys on Signature Page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN QUINTANILLA VASQUEZ, GABRIELA PERDOMO ORTIZ, VICTOR HUGO CATALAN MOLINA, and KEVIN CALDERON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIBRE BY NEXUS, INC. and JOHN DOES 1-50,<br><br>Defendants. | CASE NO. 4:17-cv-00755-CW<br><br>**STATUS REPORT** |

i

## I.   INTRODUCTION

In granting final approval to parties' settlement in this case, the Court ordered Class Counsel to "file a status report to the Court specifying the total amount paid to Authorized Claimants and the total amount of uncashed checks that will be paid to the approved Cy Pres Recipients," by December 31, 2023. (Dkt. 184 at 14.).

As the Court is aware, Defendant has not yet paid any of the amounts due to the Class. The Court has therefore held Defendant and its individual principals in contempt. An appeal of those orders is now before the Ninth Circuit Court of Appeals.

Dated: December 29, 2023                                Respectfully submitted,

*/s/ Jason S. Rathod*
JASON S. RATHOD, *pro hac vice*
NICHOLAS A. MIGLIACCIO, *pro hac vice*
**MIGLICACCIO & RATHOD LLP**
412 H St NE, Suite 302
Washington DC 20002
Telephone (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

JESSE NEWMARK, SBN 247488
AIDIN CASTILLO, SBN 280262
**CENTRO LEGAL DE LA RAZA**
3022 International Blvd., Suite 410
Oakland, CA 94601
Telephone (510) 437-1863
jnewmark@centrolegal.org
acastillo@centrolegal.org

ANNICK M. PERSINGER, SBN 272996
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone (510) 254-6808
Facsimile (202) 973-0950
apersinger@tzlegal.com
mchristensen@tzlegal.com

*Attorneys for Plaintiffs*